SCWC-14-0001232

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE MARN FAMILY LITIGATION

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(MASTER FILE NO. 00-1-MFL 3RD)
(CAAP-14-0001232; CIVIL NOS. 98-5371-12 and 98-4706-10)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Alexander Marn's Application for Writ of Certiorari, filed on May 6, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

